IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 11-cv-02481-CMA-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$13,00000 IN UNITED STATES CURRENCY,

    Defendant.
_____

**FINAL ORDER OF FORFEITURE**
_____

    THIS MATTER comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture (Doc. # 13), filed December 1, 2011.  The Court, having reviewed said Motion, FINDS:

    THAT the United States commenced this action in rem pursuant to 21 U.S.C. 881;

    THAT all known parties have been provided with an opportunity to respond as required by Supplemental Rule G(4);

    THAT the United States and Claimant Stephen Skaer, II, through his attorneys Jonathan M. Abramson, Esq. and Stanley H. Marks, have reached a settlement agreement in this case, and have filed the Settlement Agreement with the Court resolving all issues in dispute;

    THAT no other claims to defendant property have been filed;

THAT upon agreement of the parties, the United States has agreed to return $6,500.00 of the subject $13,000.00 to Claimant Stephen Skaer, II, through his attorney, Jonathan Abramson;

THAT upon agreement of the parties, the remaining $6,500.00 will be forfeited to the United States pursuant to 21 U.S.C. 881, and that upon entry of a Final Order of Forfeiture, the forfeited property shall be disposed of in accordance with law;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. 881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT the Unopposed Motion for Final Order of Forfeiture (Doc. # 13), filed December 1, 2011, is GRANTED;

THAT the United States will return $6,500.00 of the subject $13,000.00 to Claimant Stephen Skaer, II, through his attorney, Jonathan Abramson;

THAT forfeiture of the remaining $6,500.00 shall enter in favor of the United States;

THAT the United States shall have full and legal title to the forfeited property, and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties Settlement Agreement;

THAT the Clerk of Court is directed to enter Judgment; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to all defendant properties pursuant to 28 U.S.C. 2465.

DATED: December 22, 2011

BY THE COURT:

*Christine M Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Judge